UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

VS.                                             NO. 3:03 CR 198 (RNC)

**RICARDO CRUZ**

## MOTION

Now comes the defendant in the above entitled cause and avers as follows:

1. That he held himself out as Ricardo Cruz and was both indicted and arrested in that name.

2. In fact the defendant's actual name is Benny Sanchez.

3. Mr. Sanchez was born in the Dominican Republic on April 16, 1979.

**WHEREFORE**, he moves that his name be changed on the indictment and at all correctional facilities where he may be incarcerated.

Respectfully submitted
Ricardo Cruz
By his attorney,

John F. Cicilline, Esquire (#0433)
387 Atwells Avenue
Providence, RI 02909
(401) 273-5600
FAX 454-5600

GRANTED
Honorable Robert N. Chatigny
Chief Judge
United States District Court