UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

**FILED**

UNITED STATES OF AMERICA

2005 JAN -3  A 11: 11

VS.  NO. 3:03 CR 198 (RNC)

U.S. DISTRICT COURT
HARTFORD, CT.

RICARDO CRUZ aka BENNY SANCHEZ

### MOTION TO CONTINUE SENTENCE

Now comes the defendant in the above entitled cause and moves for a continuance of the sentencing hearing now set in January 7, 2005 and for reason says that counsel and the defendant have not completed their sentencing particulars.

Respectfully submitted
Ricardo Cruz
By his attorney,

*/s/ John F. Cicilline*
John F. Cicilline, Esquire # 04 897
387 Atwells Avenue
Providence, RI 02909
Tel. 401.273.5600
FAX 401.454.5600

---

**GRANTED**
Honorable Robert N. Chatigny
Chief Judge
United States District Court

### CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the 22nd day of December, 2004, to H. Gordon Hall, Esq., Assistant US Attorney, 157 Church Street, 23rd floor, New Haven, CT 06510.