#818 

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

VS.                          NO. 3:03 CR 198 (RNC)

RICARDO CRUZ aka BENNY SANCHEZ



FILED
2005 JAN -3 A 11: 11
U.S. DISTRICT COURT
HARTFORD, CT.

### MOTION TO CONTINUE SENTENCE

Now comes the defendant in the above entitled cause and moves for a continuance of the sentencing hearing now set in January 7, 2005 and for reason says that counsel and the defendant have not completed their sentencing particulars

Respectfully submitted
Ricardo Cruz
By his attorney

_____
John F. Cicilline, Esquire # 04 897
387 Atwells Avenue
Providence, RI 02909
Tel. 401.273.5600
FAX 401.454.5600

GRANTED
Honorable Robert N. Chatigny
Chief Judge
United States District Court

### CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this the 22nd day of December, 2004, to H. Gordon Hall, Esq., Assistant US Attorney, 157 Church Street, 23rd floor, New Haven, CT 06510.

_____

January 5, 2005. Granted. Sentencing is hereby rescheduled to March 24, 2005, at 9:30 a.m. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED
2005 JAN -7 A 9:21
U.S. DISTRICT COURT
HARTFORD, CT.