UNITED COURT OF THE UNITED STATES
FOR THE DISRICT OF CONNECTICUT

UNITED STATES

VS.                                             CR NO. 3:03 CR 198 (RNC)

BENNY SANCHEZ

## NOTICE OF APPEAL

Notice is hereby given of the defendants appeal from the judgment of conviction entered as an order of this court on the 1st day of July 2005.

> Respectfully submitted,
> Benny Sanchez
> By his Attorney
>
> _____
> John F. Cicilline, Esqure
> 387 Atwells Avenue
> Providence, RI 02909
> (401)273-5600
> FAX 454-5600

JFC/wr

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this ___ day of July, 2005, to H. Gordon Hall Assistant U.S. Attorney, 157 Church Street, New Heaven, CT 06510.

*Wendy Rosario*