DISTRICT COURT OF THE UNITE STATES
FOR THE DISTRICT OF CONNETICUT

UNITED STATES

VS.                                                      CR NO 3:03 CR198 (RNC)

RICARDO CRUZ

## MOTION TO WITHDRAW NOTICE OF APPEAL

Now comes John F. Cicilline in the above entitled cause and avers as follows:

1.) The defendant was sentenced on July 1, 2005

2.) On July 6th, 2005 Counsel received a letter from the defendant directing him to file an appeal, which counsel did.

3.) On July 11th, 2005 counsel met with the defendant to discuss the appeal and was advised that he was simply taking the courts advice about the appeal

4.) That after the appellate process, the content of the plea agreement and the prospect for success were explained to the defendant he directed counsel to file a motion to withdraw

**Wherefore, counsel moves that his notice of appeal be withdrawn**

Respectfully Submitted
Ricardo Cruz
By his attorney,

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

August 4, 2005. Granted. So ordered.
Robert N. Chatigny, U.S.D.J.