# MANDATE

DIST. CONN (NEW HAVEN)
03-CR-198
CHATIGNY

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA     :     No. 05-3796-cr

v.     :

RIVERA     :

### VOLUNTARY DISMISSAL AGREEMENT

The parties now seek dismissal of this appeal. Pursuant to Fed. R. App. P. 42(b), the Government and the defendant through the undersigned counsel hereby stipulate and agree to dismissal of this appeal with prejudice, with each side to bear its own costs.

8/4/05
DATE

H. GORDON HALL
ASSISTANT U.S. ATTORNEY
COUNSEL TO APPELLEE U.S.A.

9 Aug 2005
DATE

JOHN F. CICILLINE, ESQ.
ATTORNEY FOR DEFENDANT
COUNSEL TO APPELLANT

SO ORDERED.
FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk.

By: Tracy W. Young, Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____ DEPUTY CLERK

ISSUED AS MANDATE  9-8-05